UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                         Case No. 2:07-mj-16

JASON TOLEN,                           HON. TIMOTHY P. GREELEY

    Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on June 8, 2007, for purposes of an initial appearance on a complaint alleging a charge of Possession of Stolen Firearms. A detention hearing and preliminary examination were scheduled for June 15, 2007, at which time defendant advised the court that he wished to waive his right to both hearings. Accordingly, IT IS HEREBY ORDERED that defendant be detained pending further proceedings.

IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

                                               /s/ Timothy P. Greeley
                                              TIMOTHY P. GREELEY
                                              UNITED STATES MAGISTRATE JUDGE

Dated: June 19, 2007